| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>      Joseph Guy<br>          Debtor |

**Order Filed on February 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-20702-ABA

Adv. No.:

Hearing Date: 11/28/17, 10:00am

Judge: Altenburg

### ORDER ON MOTION WITH REGARDS TO TWO SECURED CLAIMS FILED ON BEHALF OF PORTFOLIO RECOVERY ASSOCIATES, LLC

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: February 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Joseph Guy |
| Case No: | 17-20702 ABA |
| Caption of Order: | Order on motion with regards to two secured claims filed on behalf of Portfolio Recovery Associates, LLC |

This matter, having come before the court upon the motion of Jenkins & Clayman, attorneys for the debtor, and service of this motion having been made upon Portfolio Recovery Associates, LLC at the address listed on the proof of claim, which is P.O. Box 41067, Norfolk, VA 23541, and for good cause having been shown:

IT IS **ORDERED** AND **ADJUDGED** THAT:

1. Portfolio Recovery Associates, LLC, has filed a secured claim in the amount of $971.60. This claim is hereby reclassified from secured to completely unsecured, and further, upon the debtor receiving his notice of discharge, this notice of discharge shall act as a final order avoiding and canceling the judicial lien.

2. Portfolio Recovery Associates, LLC, has filed a secured claim in the amount of $5,292.96. This claim is hereby reclassified from secured to completely unsecured, and further, upon the debtor receiving his notice of discharge, this notice of discharge shall act as a final order avoiding and canceling the judicial lien.