| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>          Joseph Guy<br>          Debtor |

**Order Filed on February 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-20702 ABA

Adv. No.:

Hearing Date: 11/28/17, 10:00am

Judge: Altenburg

# ORDER ON MOTION WITH REGARDS TO TWO SECURED CLAIMS FILED ON BEHALF OF PORTFOLIO RECOVERY ASSOCIATES, LLC

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: February 6, 2018**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Joseph Guy |
| Case No: | 17-20702 ABA |
| Caption of Order: | Order on motion with regards to two secured claims filed on behalf of Portfolio Recovery Associates, LLC |

This matter, having come before the court upon the motion of Jenkins & Clayman, attorneys for the debtor, and service of this motion having been made upon Portfolio Recovery Associates, LLC at the address listed on the proof of claim, which is P.O. Box 41067, Norfolk, VA 23541, and for good cause having been shown:

IT IS **ORDERED** AND **ADJUDGED** THAT:

1. Portfolio Recovery Associates, LLC, has filed a secured claim in the amount of $971.60. This claim is hereby reclassified from secured to completely unsecured, and further, upon the debtor receiving his notice of discharge, this notice of discharge shall act as a final order avoiding and canceling the judicial lien.

2. Portfolio Recovery Associates, LLC, has filed a secured claim in the amount of $5,292.96. This claim is hereby reclassified from secured to completely unsecured, and further, upon the debtor receiving his notice of discharge, this notice of discharge shall act as a final order avoiding and canceling the judicial lien.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph J. Guy  
     Debtor

Case No. 17-20702-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 06, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.  
db         +Joseph J. Guy,   16 Holly Glen Drive,    Pitman, NJ 08071-1270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:  
          Eric  Clayman    on behalf of Debtor Joseph J. Guy jenkins.clayman@verizon.net  
          Gary D. Thompson    on behalf of Creditor   Holly Glen at Pitman Condominium Association, Inc.    gdt1951@comcast.net  
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 6