# JENKINS & CLAYMAN

Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Joseph Guy, debtor | CHAPTER 13 CASE NO.:**17-20702 ABA** |
| | CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On May 24, 2017, our office filed Joseph Guy's Chapter 13 petition (Docket no. 1).

2. We respectfully request that this entry be withdrawn, as the petition was filed with the incorrect name.

3. A corrected petition was filed on May 26, 2017 (Docket no. 5).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:     3.13.18                                    /s/Eric J Clayman
                                                      Eric J Clayman, Esquire