Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  17−20702−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph J. Guy
   16 Holly Glen Drive
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−8776

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     6/14/17
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman

COMMISSION OR FEES
$1000.00

EXPENSES
$22.28

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 8, 2018
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                      Case No. 17-20702-ABA
Joseph J. Guy                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2         Date Rcvd: May 08, 2018
                             Form ID: 137             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             +Joseph J. Guy,   16 Holly Glen Drive,    Pitman, NJ 08071-1270
516853573      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO BOX 982238,    El Paso, TX 79998)
516959463      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
517017917       Bayview Loan Servicing, LLC,    Bankruptcy Department,   P.O. Box 840,    Buffalo, NY 14240-0840
516853574      +Capital One,   PO BOX 30281,    Salt Lake City, UT 84130-0281
516940928       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
516853575      +Capital One Bank USA, N.A.,    c/o Lyons Doughty & Voldhuis, PC,    136 Gaither Drive, Ste 100,
                 PO Box 1269,   Mount Laurel, NJ 08054-7269
516853576      +Cavalry Spv I LLC,    c/o Schachter Portnoy LLC,    3490 US Route 1 Ste 6,
                 Princeton, NJ 08540-5920
516853577      +Chase Card,   PO BOX 15298,    Wilmington, DE 19850-5298
516853579      +Holly Glen at Pitman Condo Association,    P.O. Box 5,   Pitman, NJ 08071-0005
516965854       Holly Glen at Pitman Condo Association,    201 Hollymont Drive,    Holly Springs, NC 27540
516853580      +M&T Bank,   c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2018 23:25:31      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2018 23:25:29     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517058215      +E-mail/Text: bankruptcy@cavps.com May 08 2018 23:25:47      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516853578       E-mail/Text: mrdiscen@discover.com May 08 2018 23:24:43      Discover Bank,   PO BOX 15316,
                 Wilmington, DE 19850
516853581      +E-mail/PDF: cbp@onemainfinancial.com May 08 2018 23:29:16      OneMain,   PO BOX 1010,
                 Evansville, IN 47706-1010
516853582       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2018 23:29:23
                 Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502
516853583       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2018 23:29:22
                 Portfolio Recovery Assoc,    Riverside Commerce Center,   120 Corporate Boulevard, Suite 100,
                 Norfolk, VA 23502
517077440       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2018 23:46:47
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
517076782       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2018 23:29:43
                 Portfolio Recovery Associates, LLC,    c/o Paypal,   POB 41067,   Norfolk VA 23541
517077321       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2018 23:46:41
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
516853584      +E-mail/Text: fggbanko@fgny.com May 08 2018 23:24:47      Portfolio Recovery Assoc,
                 c/o Forster, Garbus & Garbus,   7 Banta Pl,   Hackensack, NJ 07601-5604
516854188      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 23:29:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516853585       E-mail/Text: bankruptcy@td.com May 08 2018 23:25:33      TD Bank NA,   PO BOX 219,
                 Operations Center,   Lewiston, ME 04243
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517058243*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin               Page 2 of 2              Date Rcvd: May 08, 2018
                                Form ID: 137              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Joseph J. Guy jenkins.clayman@verizon.net
              Gary D. Thompson    on behalf of Creditor   Holly Glen at Pitman Condominium Association, Inc.
               gdt1951@comcast.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```