# Office of the Chapter 13 Standing Trustee

### Isabel C. Balboa, Chapter 13 Standing Trustee†

*Jane L. McDonald, Counsel*                                                         *Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*                                   *Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*                                         *Jenai M. Cerquoni\**
                                                                                        *\*Certified Bankruptcy Assistant*
                                                                                        *†Fellow, American College of Bankruptcy*

May 14, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
          Debtor(s) Name:        Joseph J. Guy
          Case No:                   17-20702   ABA
          Hearing Date:           June 14, 2017 @ 2:00 P.M.

Dear Judge Altenburg:

     Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on May 7, 2018 for the above-captioned matter.

     The proposed form of order filed with the Motion/Application, fails to indicate a correct monthly Trustee payment going forward as well as the correct amount of months remaining in the plan. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $714.00 per month for fifty (50) months.

     **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

     As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13
STANDING TRUSTEE*

/s/ Isabel C. Balboa

 **ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:    Eric J. Clayman, Esquire   (Debtor(s) Attorney)    (via Electronic Case Filing / ECF)
       Joseph J. Guy   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center                                                    **Payments Only:**
535 Route 38
Suite 580                                                                                 **P.O. Box 1978**
Cherry Hill, NJ 08002                                                           **Memphis, TN 38101-1978**
(856) 663-5002