Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2018 to 12/31/2018  
**Case Number: 17-20702 (ABA)**

Joseph J. Guy  
16 Holly Glen Drive  
Pitman, NJ  08071

Monthly Payment: $690.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2018 | $600.00 | 01/30/2018 | $600.00 | 02/27/2018 | $600.00 | 03/29/2018 | $600.00 |
| 04/30/2018 | $690.00 | 05/31/2018 | $690.00 | 07/02/2018 | $690.00 | 07/30/2018 | $690.00 |
| 09/04/2018 | $690.00 | 10/09/2018 | $690.00 | 10/31/2018 | $690.00 | 12/03/2018 | $690.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH J. GUY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,852.25 | $2,852.25 | $0.00 | $2,852.25 |
| 1 | ADVOCARE ALLERGY & ASTHMA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CACH, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAMDEN COUNTY MUA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAMDEN POLICE FCU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $1,359.94 | $0.00 | $1,359.94 | $0.00 |
| 8 | CITY OF CAMDEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF CAMDEN WATER & SEWER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF CAMDEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMCAST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COOPER UNIVERSITY HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FORD MOTOR CREDIT COMPANY, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HELPING NETWORK LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | JOSEPH YANIQK, JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | KENNEDY HEALTH SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PSE&G | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $573.18 | $0.00 | $573.18 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | QVC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | QVC INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SALLIE MAE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SALLIE MAE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SPRINT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | VERIZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | VERIZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | WELLS FARGO BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | BANK OF AMERICA, N.A. | 33 | $2,587.31 | $0.00 | $2,587.31 | $0.00 |
| 33 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | CAVALRY SPV I, LLC | 33 | $3,107.52 | $0.00 | $3,107.52 | $0.00 |
| 36 | CHASE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | HOLLY GLEN AT PITMAN CONDOMINIUM ASSOC, INC. | 24 | $6,930.00 | $1,842.34 | $5,087.66 | $1,581.49 |
| 39 | M & T BANK | 24 | $26,726.18 | $7,105.19 | $19,620.99 | $6,099.20 |
| 40 | ONEMAIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $233.47 | $0.00 | $233.47 | $0.00 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $971.60 | $0.00 | $971.60 | $0.00 |
| 43 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,292.96 | $0.00 | $5,292.96 | $0.00 |
| 44 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | CAVALRY SPV I, LLC | 33 | $7,815.18 | $0.00 | $7,815.18 | $0.00 |
| 47 | CAVALRY SPV I, LLC | 33 | $3,700.10 | $0.00 | $3,700.10 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2017 | 10.00 | $600.00 |
| 04/01/2018 | 50.00 | $690.00 |
| 06/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,920.00 |
| Total paid to creditors this period: | $10,532.94 |
| Undistributed Funds on Hand: | $633.42 |
| Arrearages: | $90.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**