# UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

In re   Joseph J. Guy                     Case No.   17-20702-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bayview Loan Servicing, LLC | M&T Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Bayview Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):   4-1
Amount of Claim:   $128,733.94
Date Claim Filed:   8/18/2017

Phone:   800-457-5105
Last Four Digits of Acct #   8401

Phone:   --
Last Four Digits of Acct #   9700

Name and Address where transferee payments should be sent (if different from above):
**Bayview Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Phone:   800-457-5105
Last Four Digits of Acct #:   8401

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Melissa  Licker                     Date:   7/31/2019
Transferee/Transferee's Attorney

Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571

BAYVIEW PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT BAYVIEW.

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 17-20702-ABA |
| Joseph J. Guy | |
| | Chapter: 13 |
| | Judge: Andrew B. Altenburg Jr |

## CERTIFICATE OF SERVICE

I, Melissa Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Joseph J. Guy
16 Holly Glen Drive
Pitman, NJ 08071

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Eric Clayman                                         (*served via ECF Notification*)
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

Isabel C. Balboa, Trustee                            (*served via ECF Notification*)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

U.S. Trustee                                         (*served via ECF Notification*)
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    7/31/2019          By:    /s/Melissa Licker
                   (date)                 Melissa Licker
                                          Attorney for Transferee