UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-20702 |
| Joseph J. Guy | Chapter: 13 |
| | Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF PROPOSED PRIVATE SALE

_____Joseph J. Guy_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk:    Clerk, U.S. Bankruptcy Court
> U.S. Post Office & Courthouse Building
> P.O. Box 2067
> Camden, New Jersey 08101-2067

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____March 24, 2020_____ at _____10:00_____ a.m. at the United States Bankruptcy Court, courtroom no. _____4B_____, _____400 Cooper Street, 4th Floor, Camden, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:    16 Holly Glen Drive
> Pitman, New Jersey 08071

> Proposed Purchaser:    Deborah N. Bayna, a disinterested third party

> Sale price:    $155,000.00
> Debtor is to receive up to $23,675.00 from the proceeds as he has noted these proceeds to be exempt under 11 U.S.C. § 522(d)(1) any remaining net proceeds shall be sent to Isabel C. Balboa, the Chapter 13 Trustee, for distribution to unsecured creditors.

☒    Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

> Name of Professional:    Val F. Nunnenkamp of Keller Williams Realty
>
> Amount to be paid:    6% commission to be shared with any cooperating broker
>
> Services rendered:    Listing agent

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:         Jenkins & Clayman

Address:      412 White Horse Pike, Audubon, NJ 08106

Telephone No.: (856) 546- 9696

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 17-20702-ABA
Joseph J. Guy                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin            Page 1 of 2          Date Rcvd: Feb 26, 2020
                             Form ID: pdf905        Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db          +Joseph J. Guy,    16 Holly Glen Drive,    Pitman, NJ 08071-1270
r            Val Nunnenkamp,    701 NJ-73,    Marlton, NJ  08053
516853573   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,     PO BOX 982238,    El Paso, TX 79998)
516959463   +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
517017917    Bayview Loan Servicing, LLC,     Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
516853575   +Capital One Bank USA, N.A.,     c/o Lyons Doughty & Voldhuis, PC,     136 Gaither Drive, Ste 100,
              PO Box 1269,    Mount Laurel, NJ 08054-7269
516853576   +Cavalry Spv I LLC,    c/o Schachter Portnoy LLC,     3490 US Route 1 Ste 6,
              Princeton, NJ 08540-5920
516853577   +Chase Card,    PO BOX 15298,    Wilmington, DE 19850-5298
516853579   +Holly Glen at Pitman Condo Association,     P.O. Box 5,    Pitman, NJ 08071-0005
516965854    Holly Glen at Pitman Condo Association,     201 Hollymont Drive,     Holly Springs, NC 27540
516853580   +M&T Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
              Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:38       United States Trustee,
              Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518381077   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2020 01:00:14
              Bayview Loan Servicing, LLC,     4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146,     Bayview Loan Servicing, LLC,
              4425 Ponce De Leon Blvd. 5th Floor,     Coral Gables, Florida 33146-1837
518381076   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2020 01:00:14
              Bayview Loan Servicing, LLC,     4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146-1873
516853574   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 00:53:24       Capital One,
              PO BOX 30281,    Salt Lake City, UT 84130-0281
516940928    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 00:54:20
              Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
517058215   +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 01:00:07      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
516853578    E-mail/Text: mrdiscen@discover.com Feb 27 2020 00:58:12      Discover Bank,    PO BOX 15316,
              Wilmington, DE 19850
516853581   +E-mail/PDF: cbp@onemainfinancial.com Feb 27 2020 00:54:57      OneMain,    PO BOX 1010,
              Evansville, IN 47706-1010
516853582    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:53:37
              Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
516853583    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:54:32
              Portfolio Recovery Assoc,    Riverside Commerce Center,     120 Corporate Boulevard, Suite 100,
              Norfolk, VA 23502
517077440    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:55:40
              Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541
517076782    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:54:32
              Portfolio Recovery Associates, LLC,     c/o Paypal,    POB 41067,   Norfolk VA 23541
517077321    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:54:36
              Portfolio Recovery Associates, LLC,     c/o The Home Depot,    POB 41067,   Norfolk VA 23541
516853584   +E-mail/Text: fggbanko@fgny.com Feb 27 2020 00:58:15      Portfolio Recovery Assoc,
              c/o Forster, Garbus & Garbus,     7 Banta Pl,   Hackensack, NJ 07601-5604
516854188   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 00:53:18      Synchrony Bank,
              c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
516853585    E-mail/Text: bankruptcy@td.com Feb 27 2020 00:59:43      TD Bank NA,    PO BOX 219,
              Operations Center,    Lewiston, ME 04243
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517058243*  +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Feb 26, 2020
                              Form ID: pdf905          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Joseph J. Guy jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Gary D. Thompson    on behalf of Creditor    Holly Glen at Pitman Condominium Association, Inc.
               gdt1951@comcast.net
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```