UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

By:  Eric J Clayman, Esq

**Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

     Joseph J. Guy,

     Debtor

Case No.:        17-20702

Hearing Date:   March 24, 2020

Chapter:         13

Judge:           Andrew B. Altenburg, Jr.

## AMENDED ORDER AUTHORIZING
## SALE OF REAL PROPERTY

**Recommended Local Form:**   ☒ **Followed**      ☐ **Modified**

    The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**

**DATED: April 16, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known

as _____ 16 Holly Glen Drive, Pitman, New Jersey 08071 _____ (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| **Name of Professional**: | Val F. Nunnenkamp of Keller Williams Realty |
| Amount to be paid: | 6%, to be shared with the selling broker |
| Services Rendered: | Realtor |

| | |
|---|---|
| **Name of Professional**: | Jenkins & Clayman |
| Amount to be paid: | $1,000.00 to be held by title company in trust pending further Order of this Court. |
| Services Rendered: | Bankruptcy services related to the sale of real estate. |

**OR**: ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  Debtor hereby claims $16,975 exempt under 11 U.S.C. § 522(d)(1). Any remaining proceeds

are non-exempt and should be forwarded to the Chapter 13 Trustee as an additional base to unsecured creditors who filed timely claims.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒  The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Debtor shall file Amended Schedules C and J within 14 days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-20702-ABA
Joseph J. Guy                                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Apr 16, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db            +Joseph J. Guy,    16 Holly Glen Drive,    Pitman, NJ 08071-1270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Joseph J. Guy jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Gary D. Thompson    on behalf of Creditor    Holly Glen at Pitman Condominium Association, Inc.
           gdt1951@comcast.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 8