Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−20702−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph J. Guy
   16 Holly Glen Drive
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−8776

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 2, 2018.

On 7/10/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                August 12, 2020
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 10, 2020
JAN: kaj

                                                        Jeanne Naughton
                                                        Clerk

```
United States Bankruptcy Court
       District of New Jersey

In re:                                                        Case No. 17-20702-ABA
Joseph J. Guy                                                 Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2             Date Rcvd: Jul 10, 2020
                               Form ID: 185               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db             +Joseph J. Guy,    16 Holly Glen Drive,    Pitman, NJ 08071-1270
r               Val Nunnenkamp,    701 NJ-73,    Marlton, NJ 08053
516853573     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998)
516959463      +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
517017917       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
516853575      +Capital One Bank USA, N.A.,    c/o Lyons Doughty & Voldhuis, PC,     136 Gaither Drive, Ste 100,
                 PO Box 1269,    Mount Laurel, NJ 08054-7269
516853579      +Holly Glen at Pitman Condo Association,     P.O. Box 5,   Pitman, NJ 08071-0005
516965854       Holly Glen at Pitman Condo Association,     201 Hollymont Drive,    Holly Springs, NC 27540
516853580      +M&T Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2020 01:15:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518381077      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 11 2020 01:16:44
                 Bayview Loan Servicing, LLC,     4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
518381076      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 11 2020 01:16:44
                 Bayview Loan Servicing, LLC,     4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
516853574      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:48:42       Capital One,
                 PO BOX 30281,    Salt Lake City, UT 84130-0281
516940928       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:33:24
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517058215      +E-mail/Text: bankruptcy@cavps.com Jul 11 2020 01:16:26      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516853576      +E-mail/Text: bk-notification@sps-law.com Jul 11 2020 01:05:55      Cavalry Spv I LLC,
                 c/o Schachter Portnoy LLC,    3490 US Route 1 Ste 6,    Princeton, NJ 08540-5920
516853578       E-mail/Text: mrdiscen@discover.com Jul 11 2020 01:06:02      Discover Bank,    PO BOX 15316,
                 Wilmington, DE 19850
516853577       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 11 2020 01:33:23       Chase Card,
                 PO BOX 15298,    Wilmington, DE 19850
516853581      +E-mail/PDF: cbp@onemainfinancial.com Jul 11 2020 01:10:19      OneMain,    PO BOX 1010,
                 Evansville, IN 47706-1010
516853582       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:10:32
                 Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
516853583       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:10:32
                 Portfolio Recovery Assoc,    Riverside Commerce Center,    120 Corporate Boulevard, Suite 100,
                 Norfolk, VA 23502
517077440       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:10:37
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517076782       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:12:02
                 Portfolio Recovery Associates, LLC,    c/o Paypal,    POB 41067,    Norfolk VA 23541
517077321       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:11:15
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516853584      +E-mail/Text: fggbanko@fgny.com Jul 11 2020 01:06:06      Portfolio Recovery Assoc,
                 c/o Forster, Garbus & Garbus,    7 Banta Pl,    Hackensack, NJ 07601-5604
516854188      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:11:02       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516853585       E-mail/Text: bankruptcy@td.com Jul 11 2020 01:15:46      TD Bank NA,    PO BOX 219,
                 Operations Center,    Lewiston, ME 04243
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517058243*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2020
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Joseph J. Guy jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Gary D. Thompson    on behalf of Creditor    Holly Glen at Pitman Condominium Association, Inc.
           gdt1951@comcast.net
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC
           NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```