Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−20702−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph J. Guy
   16 Holly Glen Drive
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−8776

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                August 21, 2020
Time:               09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*73* – Certification in Opposition to (related document:68 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/16/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Eric Clayman on behalf of Joseph J. Guy. (Clayman, Eric)

and transact such other business as may properly come before the meeting.

Dated: July 14, 2020
JAN: kaj

                                                      Jeanne Naughton
                                                      Clerk