Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

        Case No.:  17−20702−ABA  
        Chapter:  13  
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Joseph J. Guy  
   16 Holly Glen Drive  
   Pitman, NJ 08071

Social Security No.:  
   xxx−xx−8776

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    9/10/20  
Time:    02:00 PM  
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)  
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES  
Fees: $1896.50

EXPENSES  
$17.50

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 5, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 17-20702-ABA
Joseph J. Guy                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin            Page 1 of 2           Date Rcvd: Aug 05, 2020
                               Form ID: 137           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db             +Joseph J. Guy,    16 Holly Glen Drive,    Pitman, NJ 08071-1270
r               Val Nunnenkamp,    701 NJ-73,   Marlton, NJ  08053
516853573     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO BOX 982238,    El Paso, TX 79998)
516959463      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517017917       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,   Buffalo, NY 14240-0840
516853575      +Capital One Bank USA, N.A.,    c/o Lyons Doughty & Voldhuis, PC,    136 Gaither Drive, Ste 100,
                 PO Box 1269,    Mount Laurel, NJ 08054-7269
516853579      +Holly Glen at Pitman Condo Association,    P.O. Box 5,    Pitman, NJ 08071-0005
516965854       Holly Glen at Pitman Condo Association,    201 Hollymont Drive,    Holly Springs, NC 27540
516853580      +M&T Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2020 00:29:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2020 00:29:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518381077      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 06 2020 00:39:11
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
518381076      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 06 2020 00:39:11
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
516853574      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2020 00:35:50     Capital One,
                 PO BOX 30281,    Salt Lake City, UT 84130-0281
516940928       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2020 00:36:28
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517058215      +E-mail/Text: bankruptcy@cavps.com Aug 06 2020 00:29:58     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516853576      +E-mail/Text: bk-notification@sps-law.com Aug 06 2020 00:28:38     Cavalry Spv I LLC,
                 c/o Schachter Portnoy LLC,    3490 US Route 1 Ste 6,    Princeton, NJ 08540-5920
516853578       E-mail/Text: mrdiscen@discover.com Aug 06 2020 00:28:44     Discover Bank,   PO BOX 15316,
                 Wilmington, DE 19850
516853577       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2020 00:35:48     Chase Card,
                 PO BOX 15298,    Wilmington, DE 19850
516853581      +E-mail/PDF: cbp@onemainfinancial.com Aug 06 2020 00:36:16     OneMain,   PO BOX 1010,
                 Evansville, IN 47706-1010
516853582       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 00:47:59
                 Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
516853583       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 00:36:05
                 Portfolio Recovery Assoc,    Riverside Commerce Center,    120 Corporate Boulevard, Suite 100,
                 Norfolk, VA 23502
517077440       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 00:35:55
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517076782       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 00:36:05
                 Portfolio Recovery Associates, LLC,    c/o Paypal,    POB 41067,    Norfolk VA 23541
517077321       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 00:35:58
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,   Norfolk VA 23541
516853584      +E-mail/Text: fggbanko@fgny.com Aug 06 2020 00:28:59     Portfolio Recovery Assoc,
                 c/o Forster, Garbus & Garbus,    7 Banta Pl,    Hackensack, NJ 07601-5604
516854188      +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 00:36:15     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516853585       E-mail/Text: bankruptcy@td.com Aug 06 2020 00:29:42     TD Bank NA,   PO BOX 219,
                 Operations Center,    Lewiston, ME 04243
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517058243*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 05, 2020
                               Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Joseph J. Guy jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Gary D. Thompson    on behalf of Creditor    Holly Glen at Pitman Condominium Association, Inc.
           gdt1951@comcast.net
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC
           NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```