| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on September 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Joseph Guy<br>debtor | Case No.: 17-20702<br>Chapter: 13<br>Hearing Date: 4/7/2020<br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: September 10, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$1896.50</u> for services rendered and expenses in the amount of <u>$17.50</u> for a total of <u>$1914.00</u> The allowance is payable:

   <u>X</u>   through the Chapter 13 plan as an administrative priority.

   <u>   </u>   outside the plan.

The debtor's monthly plan is modified to require a payment of $851 per month starting August 2020 for 24 months to allow for payment of the above fee.