Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:  17−20702−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph J. Guy
   16 Holly Glen Drive
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−8776

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/15/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 15, 2020
JAN: bc

                                                                                                     Jeanne Naughton
                                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 17-20702-ABA

Joseph J. Guy                                                                                   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                      Page 1 of 3

Date Rcvd: Oct 15, 2020                Form ID: 148                Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joseph J. Guy, 16 Holly Glen Drive, Pitman, NJ 08071-1270 |
| r | | Val Nunnenkamp, 701 NJ-73, Marlton, NJ 08053 |
| 516959463 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517017917 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516853575 | + | Capital One Bank USA, N.A., c/o Lyons Doughty & Voldhuis, PC, 136 Gaither Drive, Ste 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516965854 | | Holly Glen at Pitman Condo Association, 201 Hollymont Drive, Holly Springs, NC 27540 |
| 516853579 | + | Holly Glen at Pitman Condo Association, P.O. Box 5, Pitman, NJ 08071-0005 |
| 516853580 | + | M&T Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2020 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2020 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516853573 | | EDI: BANKAMER.COM | Oct 16 2020 01:18:00 | Bank of America, PO BOX 982238, El Paso, TX 79998 |
| 518381076 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 15 2020 21:32:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 518381077 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 15 2020 21:32:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 516853574 | + | EDI: CAPITALONE.COM | Oct 16 2020 01:18:00 | Capital One, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 516940928 | | EDI: CAPITALONE.COM | Oct 16 2020 01:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517058215 | + | Email/Text: bankruptcy@cavps.com | Oct 15 2020 21:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516853576 | + | Email/Text: bk-notification@sps-law.com | Oct 15 2020 21:31:00 | Cavalry Spv I LLC, c/o Schachter Portnoy LLC, 3490 US Route 1 Ste 6, Princeton, NJ 08540-5920 |
| 516853578 | | EDI: DISCOVER.COM | Oct 16 2020 01:18:00 | Discover Bank, PO BOX 15316, Wilmington, DE 19850 |
| 516853577 | | EDI: JPMORGANCHASE | Oct 16 2020 01:18:00 | Chase Card, PO BOX 15298, Wilmington, DE |

Case 17-20702-ABA    Doc 82    Filed 10/17/20    Entered 10/18/20 00:34:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2020 | Form ID: 148 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516853581 | + | EDI: AGFINANCE.COM | Oct 16 2020 01:18:00 | 19850 OneMain, PO BOX 1010, Evansville, IN 47706-1010 |
| 516853582 | | EDI: PRA.COM | Oct 16 2020 01:18:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 516853583 | | EDI: PRA.COM | Oct 16 2020 01:18:00 | Portfolio Recovery Assoc, Riverside Commerce Center, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 517077440 | | EDI: PRA.COM | Oct 16 2020 01:18:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517076782 | | EDI: PRA.COM | Oct 16 2020 01:18:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 517077321 | | EDI: PRA.COM | Oct 16 2020 01:18:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516853584 | + | Email/Text: fggbanko@fgny.com | Oct 15 2020 21:31:00 | Portfolio Recovery Assoc, c/o Forster, Garbus & Garbus, 7 Banta Pl, Hackensack, NJ 07601-5604 |
| 516854188 | + | EDI: RMSC.COM | Oct 16 2020 01:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516853585 | | EDI: TDBANKNORTH.COM | Oct 16 2020 01:18:00 | TD Bank NA, PO BOX 219, Operations Center, Lewiston, ME 04243 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517058243 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 15, 2020 | Form ID: 148 | Total Noticed: 28 |

Eric Clayman
    on behalf of Debtor Joseph J. Guy jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Gary D. Thompson
    on behalf of Creditor Holly Glen at Pitman Condominium Association  Inc. gdt1951@comcast.net

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Melissa N. Licker
    on behalf of Creditor Bayview Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9